# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THW GROUP, LLC | : No. 174 EAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| ZONING BOARD OF ADJUSTMENT | : |
| AND CITY OF PHILADELPHIA | : |
| | : |
| | : |
| | : |
| PETITION OF: DOMENICK PARRIS, | : |
| MELISSA CASEY, PATTI VAUGHN, | : |
| LINDA LEWIS AND LORI PRETE | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.